1  Daniel Feinberg – CA State Bar No. 135983
   dfeinberg@lewisfeinberg.com
2  LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839

5  Attorneys for Plaintiff

*IT IS SO ORDERED — Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK UDD, individually and on behalf of a class of all other persons similarly situated, | )<br>)<br>) Case No. CV 04-05080 JW |
| Plaintiff, | )<br>) |
| vs. | ) **STIPULATION VACATING CASE**<br>) **DEADLINES AND [PROPOSED]** |
| ALAN B. VIDINSKY, ALAN B. VIDINSKY & JOANNE K. VIDINSKY 1993 TRUST, DONALD C. LIGHTBODY, and VALIN CORPORATION AMENDED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST COMMITTEE, | ) **ORDER**<br>)<br>)<br>) |
| Defendants. | |

WHEREAS the parties agreed to settlement terms at the September 16, 2005 mediation conducted by Judge Charles Renfrew (Ret.);

WHEREAS the settlement requires that certain steps be completed by January 31, 2006;

WHEREAS the settlement calls for the certification of this action as a class action;

WHEREAS the settlement terms are to remain confidential until Plaintiff files his motion for preliminary approval; and

WHEREAS the parties anticipate that Plaintiff will file a Motion for Preliminary Approval and a Motion for Class Certification in February 2006;

IT IS HEREBY STIPULATED by and between the parties hereto though their respective attorneys of record that the case deadlines set forth in the Court's April 6, 2005 Scheduling Order be vacated and the Court schedule a Further Case Management Conference for February 2006.

STIP. VACATING CASE DEADLINES AND PROPOSED ORDER [CASE NO. CV 04-05080 JW]   Page 1

1  I, Daniel Feinberg, attest, pursuant to General Order No. 45, Rule X, that Robert Schwartz and C. Mark Humbert concurred in the filing of this document.

Dated: September 21, 2005                LEWIS, FEINBERG,
                                          RENAKER & JACKSON, P.C.

                                  By:    _____
                                          Daniel Feinberg
                                          Attorneys for Plaintiff

Dated: September 21, 2005                TRUCKER HUSS

                                  By:    _____
                                          Robert F. Schwartz
                                          Attorneys for Defendants Alan B. Vidinsky,
                                          Vidinsky Trust, and Valin Corporation
                                          Amended Employer Stock Ownership Plan
                                          and Trust Committee

Dated: September 21, 2005                GREEN & HUMBERT

                                  By:    _____
                                          C. Mark Humbert
                                          Attorneys for Defendant Donald C.
                                          Lightbody

Good cause appearing,

 1. The case deadlines are vacated.
 2. The Court shall conduct a status conference on February 13, 2005 at 10 a.m.

**IT IS SO ORDERED.**

Date: 9/23/05                              /s/ James Ware
                                          U.S. District Court Judge

[S:\Cases\Valin ESOP 04-51\Pleadings\Stipulation Continuing Case Deadlines.wpd]