1 | Daniel Feinberg – CA State Bar No. 135983
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
2 | 1330 Broadway, Suite 1800
Oakland, CA 94612
3 | Email: dfeinberg@lewisfeinberg.com
Telephone: (510) 839-6824
4 | Facsimile: (510) 839-7839



IT IS SO ORDERED
Judge James Ware

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK UDD, individually and on behalf of a class of all other persons similarly situated, | )<br>)<br>) |
| Plaintiff, | ) C-04-05080 JW<br>) |
| vs. | ) STIPULATION FOR FILING OF<br>) AMENDED COMPLAINT |
| ALAN B. VIDINSKY, DONALD C. LIGHTBODY, and VALIN CORPORATION AMENDED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST COMMITTEE, | )<br>)<br>)<br>)<br>) |
| Defendants | ) |

WHEREAS the Court has set a Case Management Conference for February 13, 2006;

WHEREAS the parties agreed to settlement terms at the September 16, 2005 mediation conducted by Judge Charles Renfrew (Ret.), and these settlement terms required that the parties complete certain preliminary steps to the settlement by January 31, 2006;

WHEREAS these preliminary steps have now been completed;

WHEREAS Plaintiff will shortly file an unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that

1. The Case Management Conference set for February 13, 2006 be taken off calendar;

STIPULATION RE: MOTION FOR PRELIMINARY APPROVAL   C-04-05080 JW

Page 1

2. Plaintiff will file an unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class ("Motion") on or before February 20, 2006; and

3. The Court shall set a hearing on the Motion for 10:00 a.m. on March 13, 2006.

I, Daniel Feinberg, attest, pursuant to General Order No. 45, Rule X, that Robert Schwartz and C. Mark Humbert concurred in the filing of this document.

Dated: February 6, 2006                LEWIS, FEINBERG,
                                       RENAKER & JACKSON, P.C.

                                  By:  _____
                                       Daniel Feinberg
                                       Attorneys for Plaintiff

Dated: February 6, 2006                TRUCKER HUSS

                                  By:  _____
                                       Robert F. Schwartz
                                       Attorneys for Defendants Alan B. Vidinsky,
                                       Vidinsky Trust, and Valin Corporation
                                       Amended Employer Stock Ownership Plan
                                       and Trust Committee

Dated: February 6, 2006                GREEN & HUMBERT

                                  By:  _____
                                       C. Mark Humbert
                                       Attorneys for Defendant Donald C.
                                       Lightbody

**GOOD CAUSE APPEARING**,

1. The Case Management Conference set for February 13, 2006 is taken off calendar.

2. Plaintiff shall file his unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class ("Motion") on or before February 20, 2006.

3. The Court shall hear the unopposed Motion on March 13, 2006 at 10:00 a..m.

STIPULATION RE: MOTION FOR PRELIMINARY APPROVAL   C-04-05080 JW

Page 2

**IT IS SO ORDERED.**

Date: February 7, 2006

_____
U.S. District Court Judge

[S:\Cases\Valin ESOP 04-51\Pleadings\Stip re Prelim Approval Motion.wpd]

STIPULATION RE: MOTION FOR PRELIMINARY APPROVAL    C-04-05080 JW